IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02523-WYD-MJW

STEVEN COHEN,

    Plaintiff,

v.

ARS NATIONAL SERVICES, INC., a California corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, having reviewed the Notice of Dismissal with Prejudice pursuant to Rule 41(a)(1)(I) of the Federal Rules of Civil Procedure and being fully advised in the premises, hereby

ORDERS that this case is **DISMISSED WITH PREJUDICE**, with each party to pay his or its own attorney's fees and costs.

Dated: January 24, 2008

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                U. S. District Judge